**Order entered May 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00523-CV

### IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-17-00604-2**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY AS MOOT** relator's petition for

writ of mandamus.

/s/      ADA BROWN
         JUSTICE